**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andre PIERRE–RENE, a.k.a. Doo–Doo,**
**a.k.a. Rene, Defendant–Appellant.**

No. 05–11272
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 16, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Andre Pierre-Rene, Miami, FL, pro se.

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Joel D. Robrish, appointed counsel for Andre Pierre–Rene in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Pierre–Rene's conviction and sentence are AFFIRMED. We also DENY Pierre–Rene's motion for appointment of counsel as moot in light of our grant of counsel's motion to withdraw.